

**JAMES A. SAVILLE, JR.**
**ANDREW R. BROWN**
**HILL RIVKINS & HAYDEN LLP**
45 Broadway – Suite 1500
New York, NY 10006
(212) 669-0600

**'09 CIV 7270**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHINSEI KOGYO CO. LTD.,

        Plaintiff,

  - against -

SENIOR MASTER INTERNATIONAL SHIP
MANAGEMENT CO. LTD.,

        Defendants.

09 Civ _____( )

09 CIV 7270

**VERIFIED COMPLAINT**

Plaintiff, Shinsei Kogyo Co. Ltd., by and through its attorneys Hill Rivkins & Hayden, complaining of the above-named Defendant, alleges upon information and belief as follows:

## THE PARTIES

1.    At and during all material times hereinafter mentioned, plaintiff Shinsei Kogyo Co. Ltd. ("Shinsei"), was and now is a corporation or other business entity organized and existing by virtue of foreign law with an office and principal place of business at 4-75 Chugo, Nakagawa-ku, Japan.

2.    At and during all material times hereinafter mentioned, defendant Senior Master International Ship Management Co. Ltd. ("Senior Master") was and now is a corporation or other business entity organized and existing by virtue of foreign law with an office and place of business at 212 Shunhe Road, Weihai Shandong Province, People's Republic of China and was

and now is engaged in business as a common carrier of merchandise by water for hire and owned, chartered, managed, operated and/or controlled the M/V JEWEL MASTER.

## JURISDICTION

3.      Plaintiff's claims are admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Honorable Court has jurisdiction pursuant to 28 U.S.C. §1333.

4.      This action is brought, in part, to obtain jurisdiction over the Defendant and to obtain security for any award and/or judgment that is eventually entered against it.

5.      There is no statutory or maritime bar to the attachment sought herein.

## BREACH OF A MARITIME CONTRACT

6.      On or about August 21, 2008, at the port of Bayuquan, China, there was delivered to Defendant a shipment of 1091 pallets of magnesia carbon bricks ("the Shipment") in good order and condition and suitable in every way for the intended transportation, which Defendant received, accepted and agreed to transport for certain consideration aboard the M/V JEWEL MASTER to Katakami, Japan.

7.      At loading, Defendant took no exception to the good order and condition of the Shipment and defendant Senior Master issued bill of lading Q079 for the transport of the Shipment from China to Japan. A true and accurate copy of the bill of lading Q079 is attached hereto as Exhibit 1.

8.      The Vessel arrived at the Port of Katakami, Japan, on August 27, 2008, and began discharging its cargo shortly thereafter.  During discharge, damage to a portion of the Shipment was found.  Thereafter, Plaintiff contacted its insurance underwriters who arranged for the shipment to be formally surveyed.

2

9. A survey conducted by Nippon Kaiji Kentei Kyokai ("NKKK") concluded that the cause of the damage was improper stowage. A true and accurate copy of the narrative portion of the NKKK survey is attached hereto as Exhibit 2.

10.    Defendant was responsible for stowage of the Shipment and the Shipment was in the exclusive care, custody and control of Defendant from loading through discharge in Japan.

11.    By reason of the premises, Defendant was negligent and careless in its handling of the Shipment, violated its duties and obligations as a common carrier and bailee of said cargo, and was otherwise at fault.

12.    Plaintiff has duly performed all duties and obligations on its part to be performed.

13.    Plaintiff was the shipper, consignee, owner or otherwise had a proprietary interest of and in the Shipment and bring this action on its own behalf and, as agents and trustees, on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

14.    By reason of the premises, plaintiff has sustained damages nearly as same can now be estimated, no part of which has been paid, although duly demanded, in the principal amount of $231,389.00. A true and accurate copy of the Subrogation Receipt is attached hereto as Exhibit 3.

## SENIOR MASTER CANNOT BE FOUND IN THE S.D.N.Y.

15.    After due investigation, Plaintiff respectfully submits that Defendant cannot be "found" in this District for purposes of and as delineated in Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

16.    As set forth in the Fixture Note for the Shipment, full ocean freight for the Shipment was paid to defendant Senior Master in US dollars. A true and accurate copy of the Fixture Note is attached hereto as Exhibit 4.

17. Therefore, upon information and belief, plaintiff is informed that Defendant has, or will shortly have, assets within this District, including but not limited to, cash, funds, escrow funds, credits, wire transfer, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire and sub-charter hire, at or being transferred and/or wired to, from or through JPMorgan Chase Bank; Citibank N.A.; Bank of America; Bank of New York; Deutsche Bank; HSBC; Wachovia Bank; Standard Chartered Bank; BNP Paribas; Société Générale; ABN Amro; Bank of Communications, The Bank of East Asia, Bank of China and Shanghai Commercial Bank Ltd.; and/or any other garnishee as further investigation may uncover.

**W H E R E F O R E**, Plaintiff prays:

1.    That process in due form of law according to the practice of this Court may issue against Senior Master International Ship Management Co. Ltd. citing it to appear and answer the foregoing, failing which, a default will be taken against them for the principal amount of the claim, plus interest, costs and attorneys' fees;

2.    That if the Senior Master International Ship Management Co. Ltd. cannot be "found" within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, that all assets of CMS up to and including **$231,389.00** be restrained and attached, including but not limited to cash, funds, escrow funds, credits, wire transfer, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, at or being transferred and/or wired to, from or through JPMorgan Chase Bank; Citibank N.A.;

4

Bank of America; Bank of New York; Deutsche Bank; HSBC; Wachovia Bank; Standard

Chartered Bank; BNP Paribas; Société Générale; ABN Amro; Industrial Bank of Korea; Ziraat

Bank; and Habib Bank Ltd.; and/or other garnishees upon who a Writ of Maritime Attachment

and Garnishment may be served; and

      3.    And for such other and further relief as this Court may deem just and proper.


Dated: New York, New York
      August 18, 2009


                      HILL RIVKINS & HAYDEN LLP
                      Attorneys for Plaintiff


      By: _____
              James A. Saville, Jr.
              Andrew R. Brown
              45 Broadway - Suite 1500
              New York, New York 10006
              (212) 669-0600
              (212) 669-0699

## **VERIFICATION**

I, James A. Saville, Jr., hereby affirm as follows:

1.    I am a member of the firm of Hill Rivkins & Hayden LLP, attorneys for plaintiff Shinsei Kogyo Co., Ltd.

2.    I have prepared and read the foregoing Verified Complaint and know the contents thereof and, the same is true to the best of my knowledge, information and belief.

3.    The sources of my knowledge, information and belief are documents provided by our clients and our discussions with them.

4.    As plaintiff is a foreign corporation or other business entity and none of its officers are located in the Southern District of New York, this verification is made by me as counsel of record.

I hereby affirm that the foregoing statements are true and correct.

Dated: New York, New York
       August 18, 2009

_____
James A. Saville, Jr.

Exhibit 1

| Shipper | BILL OF LADING | B/L No. Q079 |
|---|---|---|
| | | Nationality of Ocean Vessel |

DASHIQIAO HUAI LIN REFRACTORY CO.,LTD.

**SENION MASTER INTERNATIONAL SHIP MANAGEMENT CO.,LTD.**

**Consignee**

TO ORDER

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) thegoods or packages specified herein and to be discharged at theabove mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

**Notify Address**

SHINSEI KOGYO CO.,LTD

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

| Pre-carriage by | · Place of Receipt by Pre-carrier | |
|---|---|---|
| Ocean Vessel JEWEL MASTER 8050 | Port of Loading BAYUQUAN PORT,CHINA | |
| Port of Discharge KATAKAMI PORT,JAPAN | · Final destination (If goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L. THREE |

| Marks & Nos./Container Nos. | Number and kind of packages, description of goods | Gross weight kgs | Measurement m² |
|---|---|---|---|
| N/M | 1091 PALLETS   MAGNESIA CARBON BRICKS | G.W.: 1202.050 MTS  N.W.: 1126.716 MTS | |
| | FREIGHT COLLECT | | |

| TOTAL PACKAGES (IN WORDS) | SAY: ONE THOUSAND AND NINETY ONE PALLETS ONLY. |
|---|---|

| Freight and charges | Place of B(s)/L Issue         Dated |
|---|---|
| | BAYUQUAN |
| | Signed for the Carrier  AS AGENT FOR THE CARRIER: |

*) Applicable only when document usedas a Through Bill of Lading

(PGC FORM 02)Printed in 1—1988

Exhibit 2

**NIPPON KAIJI KENTEI KYOKAI**
LICENSED BY THE JAPANESE GOVERNMENT

**NKKK**
FOUNDED IN 1913

HEAD OFFICE
HATCHOBORI, CHUO-KU
12, JAPAN
2-0-511
3-8833
/w.nkkk.jp/

BRANCHES
PRINCIPAL PORTS IN JAPAN

OVERSEAS OFFICES
THAILAND, SINGAPORE, MALAYSIA,
PHILIPPINES, INDONESIA, CHINA,
NETHERLANDS, VIETNAM, HONG KONG

LABORATORIES
YOKOHAMA, OSAKA, SINGAPORE

INTERNATIONAL INSPECTOR & SURVEYING
INSPECTIONS REQUIRED BY REGULATIONS FOR
DANGEROUS GOODS, SOLID BULK SUBSTANCES AND
NOXIOUS LIQUID SUBSTANCES
MARINE SURVEY AND CARGO INSPECTION
MARINE CONSULTANT
NON-MARINE ADJUSTING
PETRO-CHEMICAL SUPERINTENDING
LIQUEFIED GAS INSPECTION
CHEMICAL ANALYSIS
TANK CALIBRATION
SAMPLING AND TESTING
CARGO WEIGHING AND MEASURING

ORIGINAL
(Ref. MIE, THK)

HIMEJI
Date : Sept. 29, 2008
Report No. DA 24/08

## Survey Report

**THIS IS TO CERTIFY THAT we**, the undersigned, did survey and report upon damage to cargo as follows;

| | |
|---|---|
| Applicant : | Tokio Marine & Nichido Fire Insurance Co., Ltd. |
| Date of Application : | Aug. 28, 2008 |
| Surveyor in charge : | E, Miyamoto & K. Takehara |
| Place & Date of Survey : | Aboard the M/V "JEWEL MASTER" lying alongside wharf in Katakami port on Aug. 28, 2008 and subsequent dates, and later at the consignee's warehouse on Sept. 11 and 16, 2008 |
| Shipper : | Huailin Refractories (Dashiqiao) Pte. Ltd. |
| Consignee : | Shinsei Kogyo Co., Ltd. |
| Insurer : | Tokio Marine & Nichido Fire Insurance Co., Ltd. |
| Policy No. & Amount Insured : | No. 45-00073200 & ¥144,136,000.00 |
| Name of Carrying Vessel : | M/V "JEWEL MASTER"  (Voy. No. 0818)  Arrived at Katakami on Aug. 27, 2008 |
| Description and Packing of the Goods : | Magnesia Carbon Bricks in pallets    B/L No. Q079 |
| Shipment from/to : | Bayuquan, China / Katakami, Japan |
| Date the goods unloaded : | To lighter on N. A.    Landed on Sept. 1, 2 and 3, 2008 |
| Date the goods stored to the Place where Survey held : | Sept. 1 to 3, 2008 |
| External Condition of Packages when stored : | Many pallets were burst and broken |
| Container No. | N. A. |
| Place and Date of unpacking ex Container : | N. A. |
| Notice of claim against carrier : | Filed on Sept. 3, 2008 |
| Remarks on delivery : on Cargo Boat Note | (65) pallets burst & repacked  (53) pallets broken & repaired  (257) pallets slightly broken |
| Cause of Loss or Damage to the goods : | Breakage caused by shifting due to improper stowage |

This Certificate/Report contains measures to prevent forgery. If you have any question regarding the contexts, please refer to the Original of the Certificate/Report.

K O P ( C – 2 )

## Schedule

| Marks & Numbers | Description of the Goods | | | | Quantity (No. of Packages) |
|---|---|---|---|---|---|
| | Magnesia Carbon Bricks | No. of Pallets | Net Weight (M/T) | Unit Price (FOB Bayuquan) | |
| | 15ET1-B | 125 | 130.188 | USD982.00 | |
| | C15ETA3-F & C15ET3A | 140 | 172.272 0.258 | USD986.00 USD861.00 | |
| | C15ET3-F | 17 | 26.068 | USD1007.00 | |
| | 15ES | 3 | 3.373 | USD982.00 | |
| N/M | 14KT | 161 | 187.269 | USD1031.00 | 1,091 pallets |
| | 14KS | 17 | 24.276 | USD998.00 | or |
| | 14KS2 | 16 | 18.176 | USD1031.00 | 1,126.716 M/T |
| | 10CF22 | 122 | 122.994 | USD1094.00 | |
| | 10CK25 | 83 | 85.229 | USD1127.00 | (375 pallets damaged) |
| | 10CFZ2 | 41 | 42.786 | USD1049.00 | |
| | 10CFL-3 | 3 | 4.187 | USD747.00 | |
| | C10WK | 22 | 20.414 | USD969.00 | |
| | C10WK-F | 3 | 2.662 | USD1020.00 | |
| | 15RK5K-F | 8 | 7.888 | USD1117.00 | |
| | C20RC6(F) | 12 | 10.797 | USD902.00 | |
| | C20RC6 | 2 | 1.681 | USD876.00 | |
| | C25RC6(F) | 2 | 2.318 | USD909.00 | |
| | C15ET3A-F | 17 | 23.147 | USD986.00 | |
| | 14KT | 145 | 104.636 | USD923.00 | |
| | 10CFW | 7 | 8.093 | USD1101.00 | |
| | 12CFW | 120 | 101.111 | USD1082.00 | |
| | C15ET3A-F(7) & C15ET3A(7) | 2 | 1.717 0.022 | USD836.00 USD711.00 | |
| | 14KT(7) | 8 | 10.627 | USD881.00 | |
| | 10CFZ2(7) | 14 | 13.527 | USD879.00 | |
| | Sample brick | 1 | 1.000 | USD80.00 | |
| | Total: | 1,091 | 1126.716 | Total Amount: | USD1,147,193.64 |

## *PARTICULARS OF LOSS OR DAMAGE*

### Attending surveyors

Mr. E. Miyamoto from Nippon Kaiji Kentei Kyokai, on behalf of the consignee.

The P & I surveyor on behalf of the owner, who did not attend on board in spite of an invitation in the course of unloading the cargo with Notice of Claim dated Sept. 3, 2008, through the ship's agent.

### State of cargo at time of survey

We attended on board the vessel at 1100 hrs on Aug. 28, and bagged cargo was being discharged from the middle section of hold, and the captioned palletized cargo remained untouched in fore and aft sections, but many pallets were found to have shifted heavily to the starboard side.

After all the bagged cargo was discharged on Sept. 1, and subsequently, discharging of the bricks was carried out until Sept. 3.

## 1. Stowage:

According to the stowage plan, all the consignments were stowed as follows:

| Description | Quantity | Where stowed |
|---|---|---|
| Magnesia Carbon Bricks | 1,091 pallets | Fore & Aft sections |
| Dolomite & Graphite etc. | 992 packages | Middle section |
| Total: | 2,083 packages | |

The vessel has one hatch/one hold; with a single pull type steel hatch cover, eight (8) panels opening fore and six (6) panels aft.

The 1,091 pallets were stowed in the hold as follows:

| | | |
|---|---|---|
| 1) Fore under deck space: | 5 to 8 pallets x 3 tiers x 8 rows | = 171 pallets |
| 2) Aft under deck space: | 7 or 8 pallets x 3 tiers x 6 rows | = 135 pallets |
| 3) Hatch-way space (fore): | 10 pallets x 4 to 6 tiers x 8 rows | = 400 pallets |
| 4) Hatch-way space (aft): | 10 pallets x 4 to 6 tiers x 8 rows | =385 pallets |

Total: 1,091 pallets

## 2. Condition of the cargo in hold

1) The stowage of the cargo had seriously collapsed causing a great many pallets burst or broken. So, we roughly estimated damaged pallets in the hold, as follows:

Under deck space (fore & aft):   40 pallets

Hatch-way space (fore & aft):   340 pallets

2) Many pallets shifted to the starboard side directly in contact with the ship's structures, such as shell side frames or horizontal stringer.
3) Many pallets were directly touching and/or hitting against each other.
4) Some pallets had turned over sideway or fallen down into the broken space.
5) There were broken spaces between the cargo and the hold structures at both sides, and among the cargo stow in places, as below:

Abreast shell plate: 1.5 m to 2.0 m

Between pallets:    0.3 m to 0.5 m

6) The pallets were stowed mostly 5 or 6 tiers high in the hatch-way area, without chocking between the pallets or shoring against the ship's structures.
7) The pallets in the uppermost layer were lashed with manila rope, but the lashing ropes were loose. It was evident that such lashing method was inefficient.

3. **Discharging**

The cargo was discharged using a special fork lift as required because there was too great danger of further collapse of the cargo during discharging, with the best possible care by extra stevedores for three days in our presence.

Extra laborers: 5 men x 3 days = 15 men

The damaged pallets were separately put on trucks, and transferred to the consignee's bonded warehouse near the wharf.

4. **Condition of cargo in the warehouse**

1) Packing

The magnesia carbon bricks were piled on pallets, and covered with cleated fiberboard boxes secured with tension steel bands, and protected with steel angle padding at the four (4) vertical corners and the four (4) upper horizontal edges, as customary.

2) Sorting and Classification of the damaged pallets

The consignee sorted out the damaged pallets during and after warehousing, and classified into three groups, and we ascertained as shown below:

| Package Condition | Damaged Pallets | Condition Found |
|---|---|---|
| Burst | 65 pallets | Packages were burst and the bricks were repacked in pallets and shrink-wrapped |
| Heavy | 53 pallets | Packages were heavily broken, with steel bands broken/cut and/or angle protectors buckled |
| Slight | 257 pallets | Packages were slightly broken, with steel bands bent, and the bricks had moved on the pallet, approximately 3 cm to 7 cm |

3) Particulars of damaged cargo

3-1. Burst

| Invoice Description | Invoice Weight (MT) | FOB (USD) Unit Price (A) | Damaged Pallets | No. of Bricks | Weight (MT) (B) | Amount USD (A) x (B) |
|---|---|---|---|---|---|---|
| 15ET1-B | 130.188 | 982 | 9 | 1,590 | 10.221 | 10,037.02 |
| C15ET3A-F | 23.147 | 986 | 16 | 2,000 | 16.065 | 15,840.09 |
| 14KT | 104.636 | 923 | 6 | 1,696 | 5.965 | 5,505.70 |
| 14KS | 24.276 | 998 | 1 | 168 | 1.428 | 1,425.14 |
| 14KS2 | 18.176 | 1,031 | 11 | 1,476 | 13.326 | 13,739.11 |
| C15ET3-F | 26.068 | 1,007 | 1 | 135 | 1.533 | 1,543.73 |
| 10CF22 | 122.994 | 1,094 | 2 | 244 | 2.178 | 2,382.73 |
| 10CK25 | 85.229 | 1,127 | 2 | 441 | 2.911 | 3,280.70 |
| 12CFW | 101.111 | 1,082 | 7 | 891 | 6.405 | 6,930.21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10CFZ2 | 42.786 | 1,049 | 4 | 779 | 5.047 | 5,294.30 |
| C10WK | 20.414 | 969 | 2 | 328 | 1.798 | 1,742.26 |
| C15ET3A-F(7) | 1.717 | 836 | 1 | 106 | 0.859 | 718.12 |
| C15ET3A(7) | 0.022 | 711 | - | 2 | 0.011 | 7.82 |
| 14K(7) | 10.627 | 881 | 3 | 640 | 3.981 | 3,507.26 |

### Summary of Burst

| | |
|---|---|
| Damaged pallet: | 65 pallets |
| No. of bricks: | 10,496 pcs |
| Weight: | 71.728 M/T |
| Amount (FOB): | USD71,954.19 |

3-2. Heavy

| Invoice Description | Invoice Weight (MT) | FOB (USD) Unit Price (A) | Damaged Pallets | No. of Bricks | Weight (MT) (B) | Amount USD (A) x (B) |
|---|---|---|---|---|---|---|
| 14KT | 187.269 | 1,031 | 7 | 1,194 | 8.517 | 8,781.03 |
| C15ET3A-F | 23.147 | 986 | 16 | 2,335 | 19.973 | 19,693.38 |
| 14KT | 104.636 | 923 | 5 | 1,120 | 3.991 | 3,683.69 |
| 15ET1-B | 130.188 | 982 | 5 | 878 | 5.911 | 5,804.60 |
| 15ES | 3.373 | 982 | 1 | 252 | 1.159 | 1,138.14 |
| C15ET3A | 0.258 | 861 | - | 3 | 0.016 | 13.78 |
| C15ET3-F | 26.068 | 1,007 | 1 | 135 | 1.533 | 1,543.73 |
| 10CF22 | 122.994 | 1,094 | 10 | 1,364 | 11.206 | 12,259.36 |
| 10CK25 | 85.229 | 1,127 | 1 | 84 | 1.218 | 1,372.69 |
| 12CFW | 101.111 | 1,082 | 2 | 258 | 1.845 | 1,996.29 |
| 10CFZ2 | 42.786 | 1,049 | 1 | 94 | 0.619 | 649.33 |
| C25RC6 (F) | 2.318 | 909 | 1 | 20 | 0.554 | 503.59 |
| C15ET3A-F(7) | 1.717 | 836 | 1 | 106 | 0.859 | 718.12 |
| C15ET3A(7) | 0.022 | 711 | - | 2 | 0.011 | 7.82 |
| 14KT(7) | 10.627 | 881 | 2 | 439 | 2.547 | 2,243.91 |

### Summary of Heavy

| | |
|---|---|
| Damaged pallet: | 53 pallets |
| No. of bricks: | 8,284 pcs |
| Weight: | 59.959 M/T |
| Amount (FOB): | USD60,409.46 |

( © P I C – 2 )

3-3 Slight

| Invoice Description | Invoice Weight (MT) | FOB (USD) Unit Price (A) | Damaged Pallets | No. of Bricks | Weight (MT) (B) | Amount USD (A) x (B) |
|---|---|---|---|---|---|---|
| 15ET1-B | 130.188 | 982 | 29 | 4,545 | 30.856 | 30,300.59 |
| C15ETA3-F | 172.272 | 986 | 49 | 5,531 | 46.091 | 45,445.73 |
| C15ET3A | 0.258 | 861 | - | 6 | 0.036 | 31.00 |
| 14KS | 24.276 | 998 | 5 | 840 | 7.140 | 7,125.72 |
| 14KT | 187.269 | 1,031 | 37 | 5,083 | 44.065 | 45,431.02 |
| C15ET3-F | 26.068 | 1,007 | 5 | 675 | 7.667 | 7,720.67 |
| 14KT | 104.636 | 923 | 39 | 8,040 | 28.476 | 26,283.35 |
| 10CF22 | 122.994 | 1,094 | 35 | 3,998 | 36.852 | 40,316.09 |
| 10CK25 | 85.229 | 1,127 | 18 | 2,080 | 19.606 | 22,095.96 |
| 12CFW | 101.111 | 1,082 | 28 | 3,645 | 23.715 | 25,659.63 |
| 10CFW | 8.093 | 1,101 | 1 | 160 | 1.232 | 1,356.43 |
| 10CFL-3 | 4.187 | 747 | 1 | 142 | 1.395 | 1,042.07 |
| 10CFZ2 | 42.786 | 1,049 | 7 | 1,188 | 7.435 | 7,799.32 |
| C10WK | 20.414 | 969 | 2 | 406 | 2.097 | 2,031.99 |
| 14KT(7) | 10.627 | 881 | 1 | 224 | 1.366 | 1,203.45 |

Summary of Slight

| | |
|---|---|
| Damaged pallet: | 257 pallets |
| No. of bricks: | 36,563 pcs |
| Weight: | 258.029 M/T |
| Amount (FOB): | USD 263,843.02 |

## 5. Use the cargo and Disposal of the damaged cargo

The bricks are to be used for inside walls of electric furnaces, at temperatures of 2,000 ℃ by arc-heating, or ladle furnaces at 1,300 to 1,600 ℃, in continuous casting systems, and they are subject to very strict quality control as regards.

In case of use of the bricks with broken or cracks in the mill, it is possible to inflict serious damage to the installation and/or facilities.

From the condition of found, we considered that the damaged bricks could no longer be used safely in the furnaces, and had no commercial value.

6. **Allowance**

According to the degree of damage, we picked out an adequate number of the pallets at random to inspect the contents.

On unpacking the pallets, we inspected the bricks together with four staff of the consignee and determined the quantity of damaged bricks referring to the under mentioned specifications, as follows:

(a) Chip at the corner of the 3 sides: Less than 20 MM long on working face

(b) Chip at the edge line: Less than 30 MM long on working face

(c) Scratch: Less than 150 MM long, within 2 lines, but no parallel lines to working face

| Degree of Damage | No. of Pallets | No. of Bricks | Sound | Damaged |
|---|---|---|---|---|
| Burst | 3 pallets | 519 pieces | 187 pieces | 332 pieces |
| Heavy | 2 pallets | 442 pieces | 219 pieces | 223 pieces |
| Slight | 5 pallets | 540 pieces | 345 pieces | 195 pieces |

For reference, we examined the pallet as sound and found that there were no broken bricks. As the result of examining, and taking into consideration ordinary loss, we recommended the following reasonable allowance, to which the consignee agreed.

| Class | No. of Bricks (A) | Damaged (B) | Allowance (B)/(A) |
|---|---|---|---|
| Burst | 519 pieces | 332 pieces | 63.97 % |
| Heavy | 442 pieces | 223 pieces | 50.45 % |
| Slight | 540 pieces | 195 pieces | 36.11 % |

Note) Refer to the attached Particulars of Segregation.

7. **Damage Amount**

As stated before, we calculated damage amount as follows:

| Class | Damaged Quantity | | FOB Price | Allowance | E.T.L. (FOB) |
|---|---|---|---|---|---|
| Burst | 65 pallets or | 10,496 pcs | USD71,954.19 | 63.97 % | USD46,029.10 |
| Heavy | 53 pallets or | 8,284 pcs | USD60,409.46 | 50.45 % | USD30,476.57 |
| Slight | 257 pallets or | 36,563 pcs | USD263,843.02 | 36.11 % | USD95,273.71 |
| Total: | 375 pallets or | 55,343 pcs | | | USD171,779.38 |

USD171,779.38 / USD1,147,193.64 x ¥144,136,000.00 = ¥21,582,749.- (A)

Note) FOB on Invoice:    USD1,147,193.64

Amount Insured:    ¥144,136,000.00

Extraordinary Charge

The consignee reported the following extraordinary charge, and we checked and approved it to be reasonable for the handling of the shifted cargo.

Rental charge of special fork lift for 3 days: ¥70,000.-

Extra laborers: 15 men x @¥20,000          : ¥300,000.-

Total:                                  ¥370,000.- (B)

### Total Damage Amount (A) + (B) : ¥21,952.749.-

## 8. Outline of Voyage

| | |
|---|---|
| Loading port: | Ying Kou (Bayuquan) |
| Vessel arrived at anchorage: | 1622 hrs. on Aug. 20, 2008 |
| Vessel berthed at Ying Kou: | 2045 hrs. on Aug. 20, 2008 |
| Loading commenced: | 2235 hrs. on Aug. 20, 2008 |
| Loading completed: | 1545 hrs. on Aug. 22, 2008 |
| Weather condition during loading | Cloudy |
| Sailing from Bayuquan: | 1820 hrs. on Aug. 22, 2008 |
| Sea condition during voyage: | NE or N winds 6-7 in force on Sept. 25 & 26, 2008 |
| Weather damage to the hull: | Not damaged |
| Vessel arrived at Katakami anchorage: | 0630 hrs. on Aug. 27, 2008 |
| Vessel berthed at Katakami: | 1455 hrs. on Aug. 27, 2008 |
| Bags discharge commenced: | 1030 hrs. on Aug. 28, 2008 |
| Bricks discharge commenced: | 1000 hrs. on Sept. 1, 2008 |
| Bricks discharge completed: | 1400 hrs. on Sept. 3, 2008 |

## 9. Particulars of Ship

| | |
|---|---|
| Name of Ship: | M/V "JEWEL MASTER" |
| Name of Owner: | Senior Master International Ship Management Co., Ltd.: |
| IMO Number: | 9264154 |
| Port of Registry: | Belize |
| Gross Tonnage: | 1,539 tons |
| Main Dimensions: | Length 74.30 m x Breadth 12.40 m x Depth 5.95 m |
| Class: | China Classification Society |
| Year Built: | 2002 |
| Shipmaster: | Capt. Yu Hao Qing |

**10. Opinion**

From our survey, we are of the opinion that a great quantity of palletized cargo was damaged as a result of shifting due to improper stowage during the voyage.

Note) Attached

1) Photos, forming a part of this survey

2) Stowage Plan

3) Cargo Boat Note

4) Notice of Claim

5) Consignee's Specifications

6) Particulars of Segregation

7) Bill of Extraordinary Charge

NIPPON KAIJI KENTEI KYOKAI

S. IIDA, VICE PRESIDENT

For all enquiries, please call: Tel 079-239-5001

Exhibit 3



**TOKIO MARINE NICHIDO**

MILLEA GROUP

# SUBROGATION RECEIPT

TO : Tokio Marine & Nichido Fire
Insurance Co.,Ltd.

Dated _____10. 8. 2008_____

*EC 15685 S*

Dear Sirs,

     We have received from you the below sum in full settlement of our undermentioned claim and we acknowledge that by virtue of such payment you are subrogated to all our rights and remedies in and in respect of the cargo which was lost or damaged as undermentioned.

     We undertake to render you every assistance in any action or actions you may be advised to take against the owners of the undermentioned vessel or any other person or persons in respect of this loss and if called upon we will undertake such action or actions or proceedings on your behalf, you holding us harmless against all costs, expenses and charges for the said action or actions or proceedings.

     We also undertake to hand you any salvage which may be recovered in respect of the said loss.

Yours faithfully,

Assured Name: *SHINSEI KOGYO CO. LTD*

Signature: *Minoru Ohi*

| Your Case No.<br>08-8012103-9-9 | Date of Remittance/Draft<br>2008. 10. 8 | Policy No.<br>4500073200 |
|---|---|---|
| Interest<br>MAGNESIA CARBON BRICKS | Vessel<br>JEWEL MASTER | |
| Casualty<br>BREAKAGE | B/L No.<br>Q079 | |
| | Amount<br>¥21,952,749 | |

Exhibit 4

第 1 页 共 1 页

0818

# 威海安洋国际船舶管理有限公司
## WEIHAI SAFE OCEAN CO.,LTD
ADDS : Rm.1202 No.97 Shichang Road, Weihai City, P.R.C

TEL:0631-5869389   FAX:0631-5860767   E-MAIL:leeship@vip.sina.com

## FIXTURE NOTE

24TH Jul., 2008

IT IS THIS DAY MUTUALLY AGREED AND CONFIRMED BETWEEN UNDER- MENTIONED PARITIES ON THE FOLLOWING TERMS AND CONDITIONS:

VESSEL : MV JEWEL MASTER        (ALL  DETAILS  ABOUT)
FLAG/BELIZE  BUILT/2002 GRT/1539 NRT/925 DWT/2438 DWCC/2200
LOA/79.99 BM/12.40 DEPTH/5.95 GRAIN/3309 BALE/3102  H/H:1/1
HATCH SIZE:35.2 X 8.6m GLESS STEEL BOTTOM CLASS/CCS SD

1. CARGO & Q'TTY : MAX 2200Mt MINERAL IN BULK & TON BAGS
2. LOADING PORT : 1 SBP BAYUQUAN, CHINA
3. LAYCAN : 14TH—20TH/Aug., 2008
4. DISCHARGING PORT : 1 SBP KATAKAMI, JAPAN
5. LOAD/DISCH RATE : CQD BENDS.
6. FREIGHT RATE : FIOST BSS 1/1 USD67,000.00 IN L/S
7. FRT PAYMEN : FULL FRT TO BE PAID ON US DOLLAR TO OWNERS NOMI
   BANK ACCT W/I 3 BANKING DAYS AFTER COMPLETION OF LOADING
   BUT ALWAYS BBB.
8. DETENTION CHARGES : USD2,400.00 PER DAY OR PRO-RATA TO BE PAID
   TO OWNERS IF CHARTERERS/SHIPPERS/RECEIVERS FAILED TO READY
   CARGO/DOCUMENTS ON VESSEL ARRIVAL AT BENDS AND INCLUDING
   FREIGHT PAYMENT CARRYING OUT.
9. OWNERS AGENT BENDS.
10. SHORESIDE/SHIPSIDE TALLY TBF CHARTERERS/SHIPOWNER ACCT
11. LIGHTERAGE/LIGHTENING IF ANY TBF CHTRS ACCOUNT AT BENDS.
12. SHORE CRANE CHARGES IF ANY TBF CHARTERERS ACCT AT BENDS.
13. ANY TAXS/DUES ON VSL/CARGO TBF OWNRS/CHTRS ACCT.
14. L/S/D/SEPERATION IF ANY TBF CHTRS ACCT/ARRANGEMENT BT BENDS.
15. ARBITRATION IN HONGKONG WITH ENGLISH MARITIME LAW APPLIED.
16. OTHER AS PER GENCON C/P DETAILS REVISED 1994.
17. COMM: 2.50 % TTL
END

FOR AND ON BEHALF OWNERS                    FOR AND ON BEHALF CHARTERER

For and on behalf of                        For and on behalf of
WEIHAI SAFE OCEAN CO., LTD.                  KK SHIPPING  CO., LIMITED
威海安洋国际船舶管理有限公司                    厚旅船舶代理有限公司

Authorized Signature(s)                      Authorized Signature(s)

威海安洋国际船舶管理有限公司          第 1 页                    2008-7-24